**Mary M. Maloney, Administrator, Appellee, v. Cleveland, Cincinnati, Chicago & St. Louis Railway Company, Appellant.**

### (Not to be reported in full.)

Appeal from the Circuit Court of Clark county; the Hon. AUGUSTUS A. PARTLOW, Judge, presiding. Heard in this court at the April term, 1917. Reversed. Opinion filed October 11, 1917.

### Statement of the Case.

Action by Mary M. Maloney, administratrix of the estate of H. K. Maloney, deceased, plaintiff, against the Cleveland, Cincinnati, Chicago & St. Louis Railway Company, defendant, to recover damages resulting from the death of the deceased caused by his being struck by defendant's train. From a judgment for plaintiff for $1,500, defendant appeals.

P. J. KOLB and SCHOLFIELD & SCHOLFIELD, for appellant; L. J. HACKNEY and FRANK L. LITTLETON, of counsel.

EVERETT CONNELLY and ARTHUR POORMAN, for appellee.

MR. JUSTICE THOMPSON delivered the opinion of the court.

### Abstract of the Decision.

DEATH, § 50b*—*when evidence shows that person killed at railroad crossing was guilty of contributory negligence.* Evidence *held* to show that deceased was not in the exercise of ordinary care for his own safety prior to and at the time he was killed by defendant's train at a crossing, in an action to recover damages resulting from his death, where it appeared that there was a headlight burning

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

on the front of the engine at the time he was struck; that the view was unobstructed within 75 or 80 feet of the track; that he could not help seeing the light unless he was asleep or intoxicated; that he was more or less intoxicated three hours before and that there was no eyewitness to the accident.

---

## William J. Hall, Appellee, v. Chicago & Alton Railroad Company, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Tazewell county; the Hon. JOHN M. NIEHAUS, Judge, presiding. Heard in this court at the April term, 1917. Affirmed. Opinion filed October 11, 1917.

### Statement of the Case.

Action by William J. Hall, plaintiff, against the Chicago & Alton Railroad Company, defendant, to recover damages for personal injuries. From a judgment for plaintiff for $2,300, on remittitur, defendant appeals.

For the decision on a former appeal and for a statement of the facts, see 188 Ill. App. 95.

CURRAN & DEMPSEY, for appellant; WINSTON, PAYNE, STRAWN & SHAW, of counsel.

J. M. POWERS and WILLIAM A. POTTS, for appellee.

MR. JUSTICE THOMPSON delivered the opinion of the court.

### Abstract of the Decision.

1. NEGLIGENCE, § 228*—*when instruction referring to the exercise of care by plaintiff at the time of occurrence of injury is not erroneous.* Where an instruction in a personal injury case used the language, "Whether or not the plaintiff exercised ordinary care for

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.